IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Cr. No. 05-57T** |
| v. | ) | |
| | ) | |
| **RENE H. TORRES** | ) | |

**UNITED STATES' OBJECTION TO DEFENDANT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE**

On June 6, 2005, Defendant Rene H. Torres filed a Motion to Suppress Physical Evidence and supporting memorandum. For the reasons stated in the accompanying memorandum of law, the United States objects to Torres' motion to suppress.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Dated: 6/16/05

DULCE DONOVAN
Assistant U.S. Attorney
50 Kennedy Plaza
Providence, Rhode Island 02903
(401) 709-5000

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 05-57T |
| v. | ) | |
| | ) | |
| RENE H. TORRES | ) | |

## Certificate of Service

I hereby certify than on this, the 16th day of June, 2005, I served a true copy of the foregoing, "United State's Objection to Defendant's Motion to Suppress Physical Evidence", by mailing same, first-class mail, postage pre-paid, to:

David A. Cooper, Esquire
127 Dorrance Street
Providence, Rhode Island 02903

Paula Harvey