- STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS -

*District Court - Sixth Division*
*One Dorrance Plaza*
*Providence, Rhode Island 02903*
*(401) 458-5400*

ALICE ALBUQUERQUE,
ADMINISTRATIVE CLERK

CASE NO.6 ____________________

**RECEIPT FOR SEARCH WARRANT**

DATE: 24March04

RECEIVED FROM:
(PLEASE CHECK ONE)

PAwtucket POLICE DEPT. ( Det. Robert Tefft )
LIST OFFICER'S NAME

____ RHODE ISLAND STATE POLICE( ____________________ )LIST TROOPER'S NAME

____ OTHER AGENCY/DEPT. ( ____________________ )
LIST AGENCY/NAME OF AGENT

SEARCH WARRANT RE:

N/A This search warrant was not executed alias John/Jane Doe

______________________________

______________________________

______________________________

ALSO SUMMONED ____________________
( IF APPLICABLE)

Sharon Lee Moreno
CLERK

# State of Rhode Island and Providence Plantations
## Complaint To Search and Seize Property/or Person

TO Joseph P. Ippolito, Jr. / MAGISTRATE ~~Justice of the Supreme Superior Court,~~ or Judge of the District Court of the State of Rhode Island

a) Pawtucket Police Department ~~Chief, Deputy Chief, Captain of Police~~

~~Sheriff, Deputy Sheriff of~~ ............, ~~Member of the Division of State Police~~

b) ............ ~~person authorized by law to bring complaints for violation of the law which it is my responsibility to enforce/a person who has a right to possession of the property stolen, embezzled, or obtained by false pretense or pretenses;~~

ON OATH COMPLAINS THAT:

~~(1) Certain property has been stolen, embezzled, or obtained by false pretense or pretenses with intent to cheat or defraud within this state or elsewhere;~~

(2) Certain property has been kept, suffered to be kept, concealed, deposited, or possessed in violation of law, or for the purpose of violating the law;

(3) ~~Certain property has been designed for use, or is intended for use, or has been used as the means of committing a violation of law;~~

(4) That which is the evidence in the commission of a crime.

and prays that a warrant to search for and seize said property/person be issued and if the same be subject to forfeiture, that the property be forfeited.

The person/property or articles to be searched for and/or seized is described as follows: A certain metal safe being tored and kept by Rene Torres aka "Gizmo" as well as any and all contents of this safe ncluding by not limited to a certain quantity of cocaine, as well as any personal paperwork in he name of Rene Torres and Wendi Torres aka Wendi Hardy. As well as any items used to establi esidency.

The name of the owner or keeper, thereof (if known) is: Rene Torres aka "Gizmo"
Wendi Torresaka Wendi Hardy

The place or person to be searched is described as follows: The second floor apartment of 688 Broadway in tl ity of PAwtucket, Rhode Island. This is a multi-unit dwelling constructed of wood and is grey/ hite in color. This multi unit dwelling is located on the corner of Broadway and Appleton Avenue n The City of Pawtucket, Rhode Island. Entrance to the second floor apartment can be gained hrough the door on the Appleton Avenue side of the building.

Your complainant prays that said warrant may be served in the nighttime for the reason that:
This activity takes place during the daytime and night time hours.

Subscribed and sworn to before me:

Judge/Justice Joseph P. Ippolito, Jr.
Magistrate

March17, 2004
Date

Det. Daniel Dolan
Complainant Detective Daniel Dolan

# Search Warrant

| State Ex rel | City/Town Pawtucket | County Providence |
| --- | --- | --- |
| vs Respondent Rene Torres aka "Gizmo" ~~Wendi Torres alias Wendy Hardy~~ 688 Broadway 2nd floor apartment ~~PAwtucket, Rhode Island~~ | | TO: An Officer authorized by law to execute the within warrant, |

Complaint and affidavit having been made to me under oath, and as I am satisfied that there is probable cause for the belief therein set forth that grounds for issuing a search warrant exist, you are hereby commanded diligently to search the place or person herein described for the property specified and to bring such property or articles, and to summon the owner, or keeper thereof, if any be named in the complaint, if to be found by you, to appear before the District Court in the district where such property shall have been seized, namely the Sixth (6th) Division of the District Court of Rhode Island.

Place or person to be searched: The second floor apartment located at 688 Broadway in The City Pawtucket, Rhode Island. This is a multi unit dwelling constructed of wood and is gray/white color. This multi unit dwelling is located on teh corner of Broadway and Appleton Avenue in the ty of PAwtucket, Rhode Island. Entrance to the second floor apartment can be gained through the or on the Appleton Avenue side of the building.

Property or articles to be searched for: A certain metal safe being stored and kept by Rene Torres a "Gizmo", as well as any and all contents of this safe including but not limited to a certain antity of cocaine, as well as any personal paperwork in the name of Rene Torres or Wendi Torres ed to establish ownership. As well as any items used to etsblish residency.

Name of owner, or keeper, thereof if known to complainant: Rene Torres aka Gizmo
Wendi Torres aka Wendi Hardy

— 24 WS OK JP

Said warrant shall be served in the daytime — ~~may be served in the nighttime~~ — within seven (7) days fom the issuance hereof, AND IF NOT SERVED WITHIN SAID TIME TO BE RETURNED FORTHWITH TO A JUDGE SITTING IN THE ABOVE NAMED COURT.

Property seized by you hereunder shall be safely kept by you under the direction of the Court so long as may be necessary for the purpose of being used as evidence in any case. As soon as may be thereafter, if the same be subject to forfeiture, such further proceedings shall be had thereon for forfeiture as is prescribed by law.

Hereof fail not and MAKE TRUE RETURN PROMPTLY OF THIS WARRANT TO A JUDGE THERE SITTING with your doings thereon, accompanied by a written inventory of any property taken to a judge sitting in the above named court.

Issued at Providence in the county of Providence this 17th day of MARCH A.D. ~~19~~ 2004

[signature]
Judge of the District Court
~~Justice of the Supreme/Superior Court~~
Joseph P. Ippolito, Jr.

## ACKNOWLEDGMENT OF RETURN

Warrant received on .............. day of .............., 19........, from .............. at ..............

..............
Judge

RIDC 002CA (4-74)

# RETURN OF SERVICE

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

..................Providence.........................................., Sc.

At ....688 Broadway 2nd/fl PAwtucket, Rhode Island.............................................. 22March04.........
(place) (date)

A. D. 19..........., pursuant to the within warrant I have made search during the daytime — during the nighttime — as commanded and submit herewith a written inventory of property taken:

This search warrant was not executed

I have also summoned ................N/A.......................................................................................................

named in said Complaint, as commanded to appear before the ........................................................................ Division of the District Court in ........................................................................................ at 9:30 o'clock in the forenoon, on ........................................................................ A. D. 19............

I have also given to .......................................................................................................................

the person from whom — from whose premises said property was taken — a copy of the within warrant — I have left a copy of the within warrant at — on the place from which said property was taken —I did not find the person from whose premises said property was taken but left a copy of said warrant at — on the place from which the property was taken.

..........................................................................................
Authorized Officer

**AFFIDAVIT**

Your affiant upon oath states that he has reason to believe and does believe that grounds for such warrant exist and states the following facts on which such belief is founded on the following affidavit.

*****************************SEE ATTACHED AFFIDAVIT************************

Date

Affiant

PROVIDENCE, Sc. In Providence this 17th day of March, 2004, before me personally came Robert Tefft and made oath to the truth of the foregoing.

Judge of the Di... Court
Justice of the ... ne/Superior Court

Joseph ...

# *Affidavit*

***Your affiant upon oath states that he has reason to believe and does believe and does believe that grounds for such warrant exist and states the following facts on which such belief is founded on the following affidavit.***

Your affiant, Detective Robert Tefft is a member of The Pawtucket Police Department and has been so employed for the past eighteen years. Your affiant holds the rank of detective and has been assigned to the department's Special Squad for the past nine years where his primary duties are to investigate violations of The Uniform Controlled Substance Act.

Members of The Pawtucket Police Special Squad have received information from numerous sources, some who wish to remain anonymous, that an individual identified as Rene Torres aka "Gizmo" (12-2-72) from 688 Broadway 3rd floor apt. Pawtucket, R.I. is responsible for trafficking large quantities of cocaine from 688 Broadway and also keeps and maintains electronic equipment for illegally intercepting cable televison signals as well as satellite signals within this residence. Information received that Rene Torres shares this apartment with his wife, Wendi Torres aka Wendi Hardy.

Source(s) wishing to remain anonymous have reported that Rene Torres is responsible for trafficking kilograms of cocaine from Florida to 688 Broadway in Pawtucket. These sources report that Rene Torres is fearful of the police raiding his residence and will only keep small quantities of cocaine already packaged for street sales in his third floor apartment indicating that if the police raid his apartment only small amounts will be located. These same source(s) also report that Rene Torres keeps and maintains a vacant second floor apartment at 688 Broadway where he stores kilograms of cocaine in a large safe. Rene Torres reportedly told these sources that by maintaining the 2nd floor apartment as vacant, if the police were to raid this apartment and locate the safe, the police would not be able to charge him with the cocaine. These sources report that Rene Torres is also known to secret further quantities of cocaine in the basement area of the residence and reportedly told the sources that if the police search the basement and locate the cocaine stored there they would not be able to approximate it to him as it is a common area of this three floor apartment building, and also that if the police did locate the cocaine in the basement that they would not be inclined to search the second floor apartment thinking that had found the majority of the cocaine in the basement. These source(s) also report that Rene Torres also keeps and maintains electronic monitoring devices to monitor police radio frequencies as well as electronic devices to listen to cellular telephone conversations. These source(s also report that Rene Torres maintains video surveillance of 688 Broadway. Source(s) report that Torres has surveillance cameras mounted in third floor windows and the stairway leading up to the third floor. Source(s) also report that this apartment building is owned by Daniel Laramee who is reportedly a relative of Wendi Torres aka Wendy Hardy and that her family is aware of Rene Torres' drug activity which causes Rene Torres to be comfortable with storing large quantities of cocaine within this building.

On or between 13March04 and 16March04 members of The Pawtucket Police Special Squad met with a confidential informant. The "CI" was searched for contraband with negative results. The "CI" was then issued a quantity of recorded/official City of Pawtucket funds and instructed to respond to

688 Broadway and purchase a quantity of cocaine from Rene Torres aka "Gizmo". Under constant surveillance by members of The Pawtucket Police Special Squad the "CI" was observed arriving at and entering 688 Broadway. Several minutes later members of the Special Squad observed the "CI" exiting 688 Broadway. Under constant surveillance by members of The Special Squad the "CI" was observed arriving at a pre-determined location where the "CI" turned over to Detective Robert Tefft a quantity of clear plastic bag(s) containing white powder. The "CI" reported that Rene Torres took the payment for the controlled purchase on the third floor and then went into the basement to retrieve the cocaine.

Det. Tefft transported the evidence to police headquarters. In the office of the Special Squad Det. Tefft conducted a field test on a representative sample of the evidence. That field test resulted in a positive reaction for the presence of cocaine. Det. Tefft then prepared the evidence for delivery to The State Toxicology Lab for analysis.

Based on your affiant's knowledge, training an experience your affiant knows that persons who traffic in large quantities of cocaine often attempt to distance themselves from these large quantities by locating the narcotics away from their residences. It is known to your affiant that persons who engaged in this illegal activity will often rent residential and commercial locations to store large quantities of illegal narcotics to avoid having these large quantities stored at their residence in an attempt to avoid detection, apprehension and criminal prosecution by the police. It is also known to your affiant that persons who traffic in large quantities of illegal narcotics are known to establish video surveillance so they might be aware of any police presence around the location they keep and store these illegal narcotics.

Based on the aformentioned facts your affiant believes that probable cause exists to believe that quantities of cocaine, and certain quantities of drug paraphernailia used in the preparations for street sales are being stored in the basement at 686 Broadway in the City of Pawtucket, Rhode Island, and that personal papers used to establish residency as well as proceeds from the illegal sales of narcotics and recorded/official City of Pawtucket funds used during the course of this investigation are being stored in the third floor apartment located at 686 Broadway Pawtucket, Rhode Island.

**................17March04....................................** **Det. [signature] ..........................................**
**DATE** **AFFIANT**

**............Providence...............................,Sc. In..................Providence..............................this**

**17th Day of March 2004.................................................before me personally**

**came................Detective Robert Tefft..................and made oath to the truth of the forgoing.**

[signature] ..............................................................

**Judge of The District Court**
Joseph P. Ippolito, Jr.
~~Judge~~ MAGISTRATE