# awtucket Police Departme
## Arrest Report

**Arrest #: 04-876-AR**
**Call #: 04-18425**

Date/Time Reported: 03/22/2004 @ 1156
Arrest Date/Time: 03/22/2004 @ 1156
Booking Date/Time: 03/22/2004 @ 1216
Court: DISTRICT ARRIGNMENT
Court Date: 03/23/2004 @ 0900
Reporting Officer: DETECTIVE SERGEANT PAUL CATARINA
Assisting Officer: OFFICER PETER HEALEY
Booking Officer: OFFICER NORMAN VALADE
Approving Officer: SS DETECTIVE ROBERT TEFFT
Signature: ______________________________

[redacted]

Bail For Court: DISTRICT ARRIGNMENT Set: 03/23/2004 @ 0900 Surety Bail Set 10000.00
Surety Bail Set BAIL SUPERV
Bail Set By: JUDGE HIGGINS
Bail Unpaid:

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|

WEIGHT: 160
UM COM
2/1972 PLACE O
AVAIL. ET

[APPEARANCE]

GENERAL APPEARANCE: ORDERLY
SHIRT: PULLOVER - SHORT SLEEVE
SWEATERS/COATS/JACKETS: ZIPPER TYPE
PANTS/SKIRT: JEANS-COLOR
SHOE: JOGGING SHOES
GLASSES WORN: NO

SCARS: SC L KNEE(), SC R KNEE()

[FAMILY/EMPLOYMENT INFORMATION]

MARITAL STATUS: MARRIED
MAIDEN NAME: HARDY
SPOUSE'S NAME: TORRES, WENDY

EMPLOYER/SCHOOL: BAKER CONST. COMP
290 NORFOLK AVE
PAWTUCKET RI 02860

OCCUPATION: CONSTRUCTION

3

**Arrest #: 04-876-AR**
**Call #: 04-18425**

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|

[RIGHTS/BOOKING CHECKS]

PHONE USED: N
ARRESTEE SECURED: Y 03/22/2004 1217
ARRESTEE CELL #: 3

FINGERPRINTED: Y
PHOTOGRAPHED: Y
SUICIDE CHECK: Not Performed
PERSONS: State&Federal
NCIC VEHICLE CHECK: Not Performed
INJURY OR ILLNESS: N

| # | OFFENSE(S) | A/C | STATE LAW |
|---|---|---|---|

LOCATION TYPE: Highway/Road/Alley/Street Zone: Tab 1-2
686 BROADWAY @ 96 APPLETON AVE
PAWTUCKET RI 02860

1 **POSS. FIREARM BY CONVICTED FELON** C
OCCURRED: 03/22/2004 1156
SUSPECTED OF USING: Drugs/Narcotics
CRIMINAL ACTIVITY: Possessing/Concealing
WEAPON/FORCED USED: Handgun (AUTOMATIC)

2 **THEFT OF TELECOMMUNICATION SERVICES** C
OCCURRED: 03/22/2004 1156
SUSPECTED OF USING: Computer Equipment

3 **EXECUTION OF SEARCH WARRANT** C
OCCURRED: 03/22/2004 1156
SUSPECTED OF USING: Drugs/Narcotics

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | **COX CABLE COMPANY**<br>9 JP MURPHY HIGHWAY<br>WEST WARWICK RI<br>VICTIM CONNECTED TO OFFENSE NUMBER(S): 2 | | | | NOT AVAIL | 401-383-1202 |

| # | DRUG(S) | PROPERTY # | STATUS |
|---|---|---|---|

1 **PRESCRIPTION BOTTLE NO LABEL OC/40 TABLETS**
(Not NIBRS Reportable)
QUANTITY: 18.000 (Dosage of Units/Items) VALUE: $720.00 DATE: 03/22/2004
OWNER: TORRES, RENE H

2 **BOTTLE VICODIN (WENDY TORRES)**
(Not NIBRS Reportable)
QUANTITY: 46.000 (Dosage of Units/Items) VALUE: $460.00 DATE: 03/22/2004
OWNER: TORRES, RENE H

3 **BOTTLE HYDROCODONE APAP 5/500**
(Not NIBRS Reportable)
QUANTITY: 20.000 (Dosage of Units/Items) VALUE: $200.00 DATE: 03/22/2004
OWNER: TORRES, RENE H

# Pawtucket Police Department
## Arrest Report

**Arrest #: 04-876-AR**
**Call #: 04-18425**

| # | DRUG(S) | PROPERTY # | STATUS |
|---|---|---|---|
| 4 | BOTTLE GUAIFENEX 600/120 (WENDI TORRES)<br>QUANTITY: 43.000 (Dosage of Units/Items) VALUE: $430.00<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable)<br>DATE: 03/22/2004 |
| 5 | BOTTLE NABUMETONE 750MG (JESSICA CARLSON)<br>QUANTITY: 37.000 (Dosage of Units/Items) VALUE: $370.00<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable)<br>DATE: 03/22/2004 |
| 6 | BOTTLE ALPRAZOLAM (CLAIRE HARDY)<br>QUANTITY: 16.000 (Dosage of Units/Items) VALUE: $160.00<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable)<br>DATE: 03/22/2004 |
| 7 | TYLENOL BOTTLE - WHITE OVAL TABLETS WATSON 349<br>QUANTITY: 10.000 (Dosage of Units/Items) VALUE: $100.00<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable)<br>DATE: 03/22/2004 |
| 8 | BOTTLE NO LABEL WHITE TABLETS-WATSON 466<br>QUANTITY: 76.000 (Dosage of Units/Items) VALUE: $460.00<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable)<br>DATE: 03/22/2004 |
| 9 | BOTTLE NO LABEL CONTAINING 55 ASST TABLETS<br>QUANTITY: 55.000 (Dosage of Units/Items) VALUE: $100.00<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable)<br>DATE: 03/22/2004 |
| 10 | BOTTLE NO LABEL WITH GREEN TABLETS OC/80<br>QUANTITY: 18.000 (Dosage of Units/Items) VALUE: $1,440.00<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable)<br>DATE: 03/22/2004 |
| 11 | BOTTLE NO LABEL DAN/5621/2<br>QUANTITY: 24.000 (Dosage of Units/Items) VALUE: $240.00<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable)<br>DATE: 03/22/2004 |
| 12 | BOTTLE NO LABEL WHITE TABLETS 222<br>QUANTITY: 13.000 (Dosage of Units/Items) VALUE: $130.00<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable)<br>DATE: 03/22/2004 |
| 13 | CLAR PLASTIC BAG PFIZER BLUE OVALS 50 MG & 100 MG<br>QUANTITY: 24.000 (Dosage of Units/Items) VALUE: $240.00<br>OWNER: TORRES, RENE H | | Suspected<br>DATE: 03/22/2004 |
| 14 | 1 BOTTLE PREDNISONE 10 MG<br>QUANTITY: 26.000 (Dosage of Units/Items) VALUE: $260.00<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable)<br>DATE: 03/22/2004 |

Pawtucket Police Department
Arrest Report



Arrest #: 04-876-AR
Call #: 04-18425

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | P-BERETTA .32 CAL SEMI-AUTO PISTOL<br>QUANTITY: 1 VALUE: $350.00<br>SERIAL #: DAA247669<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable) |
| 2 | DIRECT TV ACCESS CARD<br>QUANTITY: 1 VALUE: $500.00<br>SERIAL #: 000374539229<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable) |
| 3 | COBRA WALKI TALKIES<br>QUANTITY: 3 VALUE: $300.00<br>SERIAL #: NOT AVAIL<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable) |
| 4 | NEXTEL CELLULAR TELEPHONE<br>QUANTITY: 1 VALUE: $350.00<br>SERIAL #: 401640953<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable) |
| 5 | 100.00 BILL<br>QUANTITY: 1 VALUE: $100.00<br>SERIAL #: CA15403913A<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable) |
| 6 | SUITCASE CONTAINING PLASTIC BAGS<br>QUANTITY: 1 VALUE: $10.00<br>SERIAL #: NOT AVAIL<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable) |
| 7 | SUITCASE WITH INOSITOL<br>QUANTITY: 1 VALUE: $100.00<br>SERIAL #: NOT AVAIL<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable) |
| 8 | PERSONAL PAPERS RENE TORRES<br>QUANTITY: 1 VALUE: $1.00<br>SERIAL #: NOT AVAIL<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable) |
| 9 | PERSONAL PAPERS WENDI TORRES<br>QUANTITY: 1 VALUE: $1.00<br>SERIAL #: NOT AVAIL<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable) |
| 10 | RCA DIRECT TV ACCESS BOX<br>QUANTITY: 1 VALUE: $500.00<br>SERIAL #: C034BB4LC<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | | (Not NIBRS Reportable) |

**Arrest #: 04-876-AR**
**Call #: 04-18425**

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 11 | **SCIENTIFIC ATLANTA CABLE BOX**<br>QUANTITY: 1<br>SERIAL #: KA52405120228D80<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | VALUE: $150.00 | (Not NIBRS Reportable) |
| 12 | **SCIENTIFIC ATLANTA CABLE BOX**<br>QUANTITY: 1<br>SERIAL #: AD731MWZP0477C7B<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | VALUE: $150.00 | (Not NIBRS Reportable) |
| 13 | **SCIENTIFIC ATLANTA CABLE BOX**<br>QUANTITY: 1<br>SERIAL #: NC722948204535A0<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | VALUE: $150.00 | (Not NIBRS Reportable) |
| 14 | **HUGHES NETWORK SATELLITE BOX**<br>QUANTITY: 1<br>SERIAL #: D01E45602224<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | VALUE: $500.00 | (Not NIBRS Reportable) |
| 15 | **RCA DSS SATELLITE BOX**<br>QUANTITY: 1<br>SERIAL #: 542513618<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | VALUE: $500.00 | (Not NIBRS Reportable) |
| 16 | **HEWLETT PACKARD PC**<br>QUANTITY: 1<br>SERIAL #: NOT AVAIL<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | VALUE: $1,000.00 | (Not NIBRS Reportable) |
| 17 | **COMPUTER CARD PROGRAMMER**<br>QUANTITY: 1<br>SERIAL #: NOT AVAIL<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | VALUE: $100.00 | (Not NIBRS Reportable) |
| 18 | **DIRECT TV ACCESS CARD**<br>QUANTITY: 1<br>SERIAL #: 000268592177<br>DATE: 03/22/2004<br>OWNER: TORRES, RENE H | VALUE: $500.00 | (Not NIBRS Reportable) |