On 22March04 members of The Paswtucket Police Department Special Squad executed a Court Authorized search warrant on the third floor apartment and basement area located at 688 Broadway, Pawtucket, Rhode Island.

Located inside the third floor apartment at the time entry was made were Wendi Torres (1-28-74) and her child Edwin Torres (6-25-02). Rene Torres (husband) had been detained at the time entry was made and returned to the residence.

During the subsequent search of the apartment members of the Special Squad located and seized the following:

1. One P Beretta .32 semi automatic pistol loaded with 1 round in chamber 5 rounds in magazine. (bedroom)
2. One Scientific Atlanta cable box (bedroom)
3. One Scientific Atlanta cable box (living room)
4. One Scientific Atlanta cable box (back bedroom)
5. One Hughes Network satellite tv box (bedroom)
6. Two RCA DSS satellite tv boxes (living room and back bedroom)
7. One personal computer (living room)
8. One electronic card programmer (living room)
9. Two Direct TV access cards (1 bedroom, 1 living room)
10. Three Cobra walki talkies ( bedroom)
11. One Nextel cellular telephone (bedroom)
12. One $100.00 bill (bedroom bureau)
13. Suitcase containing box of plastic bags (basement)
14. Suitcase containing bottle of inositol. (basement)
15. Personal papers in the name of Rene Torres (bedroom)
16. Personal papers in the name of Wendi Torres (bedroom)
17. One prescription bottle (no label) containing 18 tablets marked OC-40 (bedroom bureau)
18. One Tylenol bottle containing 10 tablets marked "Watson 349" (bedroom bureau)
19. One prescription bottle (no label) containing 76 tablets marked "Watson 466" (bedroom bureau)
20. One prescription bottle (no label) containing 55 assorted tablets (bedroom bureau)
21. One prescription bottle (no label) containing 18 tablets marked "OC-80" (bedroom bureau)
22. One prescription bottle (no label) containing 24 tablets marked "Dan/5621/2" (bedroom bureau)
23. One prescription bottle (no label) containing 13 tablets marked "222" (bedroom bureau)
24. One clear plastic bag containing 24 Pfizer blue oval tablets (bedroom bureau)
25. One prescription bottle (no label) Prednisone 10 mgs containing 26 tablets (bedroom bureau)
26. One prescription bottle "Vicodin" in the name of Wendi Torres containing 46 tablets (bedroom bureau)
27. One prescription bottle "Hydrocodone APAP 5/500" for Wendy Torres containing 20 tablets(bedroom-bureau)
28. One prescription bottle "Guaifenex 600/120" for Wendi Torres containing 43 tablets (bedroom bureau)
29. One prescription bottle "Nabumetone 750 mg" for Jessica Carlson containing 37 tablets (bedroom bureau)
30. One prescription bottle "Alprazolam" for Claire Hardy conatining 16 tablets (bedroom bureau)

Members of the Pawtucket Police Special Squad were joined by Ron Allard and Mark Matteo of Cox Cable Company (loss prevention) in the apartment of Rene and Wendi Torres on the third floor of 688 Broadway Pawtucket, Rhode Island. The three cable boxes that were located and seized were verified to be illegally intercepting cable television signals by both Mr. Allard and Mr. Matteo. Mr. Matteo also indicated that the two satellite television boxes were also receiving all channels and were most likely receiving these

signals illegally and were "chipped out". An access card programmer was located attached to the personal computer located and seized from the living room. Further investigation to follow.

Both Rene Torres and Wendi Torres were transported to police headquarters. R.I.D.C.Y.F. was contacted and authorized the release of the infant Edwin Torres to a neighbor Ann Homer (1-7-70) from 688 Broadway 1st floor. R.I.D.C.Y.F. agent Mary Morello was notified of the pending charged against both Rene and Wendi Torres and stated that she would respond to investigate the welfareof the remaining children Rene Torres Jr. (11-15-92) who was not at home at the time the warrant was executed and Jordan Torres (5-18-95) who also was not at home.

Detective Robert Tefft transported the above listed items to police headquarters. In the office of The Special Squad Detective Tefft preapred all the narcotic evidence for delivery to The Rhode island State Toxicology Lab for analysis and identification. The P-Beretta .32 caliber semi-automatic pistol was run N.C.I.C. and at the time of investigation had not been reported stolen. Further investigation by ATF to follow. The remaining evidence evidence was tagged and secured in the Special Squad evidence locker.

At police headquarters both Rene Torres and Wendi Torres were advised of their Constitutional Rights. Both signed their rights forms indicating that they understood their rights. Both Rene and Wendi Torres then provided police with hand written statements.

Based on a previous conviction for Possession with Intent to Deliver Cocaine on 12-29-1992 Rene Torres was charged with Possession of a Firearm by a Criminal (felony) and Theft of Telecommunication Services (felony). Rene Torres was negative for wants and or warrants.

Wendi Torres was charged with Theft of Telecommunication Services (felony) Wendi Torres was negative for wants and or warrants.