# RIGHTS

I, Wendi Tanner, am a suspect in the crime(s) of ~~I'm a~~ S-WT- Narcotics inv Cable Theft

WT 1. I have the right to remain silent. I do not have to give a statement or answer any questions.

WT 2. If I give up my right to remain silent, anything I say can and will be used against me in a Court of Law.

WT 3. I have the right to the presence of a lawyer and to talk with a lawyer before and during any questioning.

WT 4. If I cannot afford a lawyer and I want a lawyer, a lawyer will be appointed For me at no cost to me before any questioning.

WT 5. If I do talk to the police, I can stop at any time.

The police have made no threats or promises to me.

I UNDERSTAND MY RIGHTS: YES ✓ NO ~~WT~~ WT DATE 3/23/04

Wendi Tanner
SIGNATURE

685 Broadway
ADDRESS
Pawtucket RI 02860

[signature]

[signature]

Officer(s) advising suspect of His/Her Rights

Police Department: PAWTUCKET

Time: 332 PM

Date: 3/22/04

Place: 121 Roosevelt Ave Pawt RI

10

STATEMENT OF THE DEFENDANT

Time: 3:34pm DATE: 3/23/04 Place: Pawtucket

NAME: Wendi Torres

ADDRESS: 688 Broadway

DATE OF BIRTH: 1-28-74

I, Wendi Torres, make the following statement(s) after having been advised of my rights. I give up my rights. I do not want a lawyer present at this time. I want to talk to the police. I am doing these things voluntarily and without threats or promises by members of the Pawtucket Police Department.

In today ~~on~~ the police came into my house and found a gun in my bedroom closet, the gun is not mine. I I never seen it before. I only other person that goes in my bedroom is my husband. I guess it is his gun.

Wendi Torres
Signature

688 Broadway
Address
Pawtucket RI-02860.

[illegible]

[illegible]

Officer(s) witnessing statement(s)

FORM 5