# RIGHTS

I, Rene Torres, am a suspect in the crime(s) of Possesion of firearm, while being a convicted felon/Cable thef.

RT 1. I have the right to remain silent. I do not have to give a statement or answer any questions.

RT 2. If I give up my right to remain silent, anything I say can and will be used against me in a Court of Law.

RT 3. I have the right to the presence of a lawyer and to talk with a lawyer before and during any questioning.

RT 4. If I cannot afford a lawyer and I want a lawyer, a lawyer will be appointed For me at no cost to me before any questioning.

RT 5. If I do talk to the police, I can stop at any time.

The police have made no threats or promises to me.

I UNDERSTAND MY RIGHTS: YES ✓ NO ____ DATE 3-22-04

Rene Torres
SIGNATURE

688 Broadway Pawt.
ADDRESS

[signature]

[signature]

Officer(s) advising suspect of His/Her Rights

Police Department: PAWTUCKET

Time: 451 PM

Date: 22 MAR 04

Place: PAWT H/Q

//

# STATEMENT OF THE DEFENDANT

Time: 4:53 Pm DATE: 3-22-04 Place: Pawt. Police Dept

NAME: Rene Torres

ADDRESS: 688 Broadway

DATE OF BIRTH: 12-2-72

I, Rene Torres, make the following statement(s) after having been advised of my rights. I give up my rights. I do not want a lawyer present at this time. I want to talk to the police. I am doing these things voluntarily and without threats or promises by members of the Pawt. Police Dept Police Department.

Over the past 2 month I've notice
a lot of home invasion so I got worrie
that ~~≡~~ my home could be next so I
made arrangement through a person nam
Papo to buy a gun off a another perso
name zeke in Dunkin Donot in Broad st in
Providence. ~~I've mad~~ RT about 2 week

Rene Torres
Signature

688 Broadway Pawt.
Address

[signature]

[signature]

Officer(s) witnessing statement(s)

FORM 5

CONTINUATION SHEET

ago I met with zeke I gave
him $200.00 he gave me a 25 caliber
gun.. I had the gun in my coat
till I got home and I hid it
in my closet under a organizer.
about 6 or 7 years ago I bought
a couple of cable boxes that recieve
ham illegally, and I also bought equip
ment for satelite cords that will alter
to give me channels that I did not pa
for. with this equipment I used it
just to do my own card and no one els

Statement taken by: [signature]

Witness: [signature]

[signature]
SIGNATURE

Continuation of:

CONTINUATION SHEET

~~I everything that~~

I had diffrent kind of presciptio
drugs that were found on top of
my dresser ~~some were~~ RT some were mine
and some were given to me by a
friend, I was going to use them t
break the habbit of using painkil
I also had oxycontin in my
Possesion that I am addicted too
I buy these off the street

Statement taken by:

Witness:

SIGNATURE

Continuation of: