**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CA. NO.: CR 05-57T** |
| | : | |
| **VS.** | : | |
| | : | |
| **RENE H. TORRES** | : | |
| | : | |

**AFFIDAVIT OF DENISE MORGAN**

**STATE OF RHODE ISLAND}**
**PROVIDENCE, SC. }**

I, Denise Morgan, being first duly sworn upon oath, do depose and say as follows:

1. That I am an adult individual and have personal knowledge of the facts hereinafter set forth;

2. During the month of March, 2005 I resided at my apartment located at 688 Broadway, Second floor, within the City of Pawtucket, Rhode Island.

3. That I reside by myself at the apartment that the defendant, Rene H. Torres, did not and has never resided at that location.

4. The defendant, Rene H. Torres, had no access to my apartment and did not store or place any type of personal or other property in my apartment, including drugs or cocaine.

5. That on or about March 22, 2005, representatives of the Pawtucket Police Department, knocked on my door and asked if they can search the apartment.

6. I allowed the Pawtucket police department in my apartment to conduct a search.

7. The Pawtucket police officers in the apartment asked me if I knew Rene and Wendy Torres. I advised them I knew them only because they were neighbors and

lived in the same building. The Pawtucket police officers asked if Renee Torres had ever been to my house and I advised them that he had not.

8. Pawtucket police officers asked me whether or not there was a lot of foot traffic going to and from the apartment of Rene Torres on the third floor, I advised them that there was not.

9. Pawtucket police officers looked around my apartment with my consent. They looked in closets, bedrooms as well as the living room and kitchen. Pawtucket police searched my apartment for approximately 10 minutes. I have a separate entrance to my apartment from the street. The entrance to my apartment is in front of the building. While the police conducted the search of the house I observed them going from apartment to apartment including searching the basement where I could see them through the window.

10. I also saw the Pawtucket police officers going in and out of the first floor apartment. The door on the first floor was wide open. I also observed the Pawtucket police officers going into the basement of the apartment building. I could see them walking around in the basement. During the time the Pawtucket police officers searched the building the police would not let people come in and out of the building or remove the kids that were already in the building who wanted to leave. I also observed Pawtucket police officers bring dogs to the cellar and the hallway of the building on the day in question.

11. I swear and aver to the truth of the foregoing.

Denise R. Morgan
DENISE MORGAN

STATE OF RHODE ISLAND}
PROVIDENCE, SC. }

Subscribed and sworn to before me on this the 6th day of July, 2005, within the City of Providence, Providence County, Rhode Island

David A. Boyer

Notary Public
My Commission Expires: 2-11-07