**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CA. NO.: CR 05-57T** |
| | : | |
| **VS.** | : | |
| | : | |
| **RENE H. TORRES** | : | |
| | : | |

**<u>AFFIDAVIT OF JEREMY WOODWARD</u>**

**STATE OF RHODE ISLAND}**
**PROVIDENCE, SC. }**

I, Jeremy Woodward, being first duly sworn upon oath, do depose and say as follows:

1. That I am an adult individual and have personal knowledge of the facts hereinafter set forth;

2. That in and during the month of March, 2005, I resided at my apartment located at 688 Broadway, Second floor, within the City of Pawtucket, Rhode Island.

3. That I had resided there for a period of time and had made the same my sole and principal residence;

4. That, no unrelated individual resided there with me, and the defendant, Rene H. Torres, did not reside there with me.

5. That the defendant, Rene H. Torres, had no access to my apartment and did not store or place any type of personal or other property in my apartment.

6. That, on or about March 22, 2005, representatives of the Pawtucket Police Department, called me on my cell phone and told me they had a search warrant for my apartment. I advised the Pawtucket Police Department that I was working and they told me they needed me to meet them at the apartment which I did. The Pawtucket police told me that they believed that Rene Torres was hiding things in my apartment and when my uncle, Bob Durant arrived, they advised him that they were looking for cocaine. While the police officers searched my apartment, two

Pawtucket police officers sat in my bathroom for approximately 20 minutes and later came out and continued to look around in the apartment and told me everything was okay. Pawtucket police were in my apartment for approximately 25 minutes conducting their search, most of the time was spent in the bathroom. When I met the police at the apartment I came with my aunt, Ann Durant and my uncle later met us there at the apartment. Pawtucket police completed the search of my apartment and found nothing therein.

7. Pawtucket police also searched the basement and had what appeared to be a drug sniffing dog come into the hallways as well as the basement of the building. It appeared to me that they searched every apartment in the building.

8. I swear and aver to the truth foregoing.

JEREMY WOODWARD

STATE OF RHODE ISLAND}
PROVIDENCE, SC. }

Subscribed and sworn to before me on this the 6 day of July, 2005, within the City of Providence, Providence County, Rhode Island.

Notary Public
My Commission Expires: 2-11-07