IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 05-57T |
| v. | ) | |
| | ) | |
| RENE H. TORRES | ) | |

**UNITED STATES' MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR FRANK'S HEARING**

The United States of America, through undersigned counsel, hereby respectfully requests an extension of time to respond to Defendant Rene Torres' Motion for a Franks Hearing. Defendant served the Office of the United States attorney on July 1, 2005, and filed his motion on July 6, 2005. Defendant served his motion although still waiting for signatures on affidavits supporting the motion. To date, the Office of the United States Attorney has not received Defendant's supporting affidavits and its response would be due July 21, 2005. Undersigned counsel will be engaged the week of July 18, 2005, briefing a matter before Magistrate Judge Martin on an expedited basis. Accordingly, counsel respectfully requests an additional week in order to respond to Defendant's motion. Undersigned counsel certifies that she has spoken with counsel for the Defendant, David Cooper, Esquire, and that he does not object to the instant motion.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Dated: 7-14-05

DULCE DONOVAN
Assistant U.S. Attorney
50 Kennedy Plaza
Providence, Rhode Island 02903
(401) 709-5000

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Cr. No. 05-57T** |
| **v.** | ) | |
| | ) | |
| **RENE H. TORRES** | ) | |

**Certificate of Service**

I hereby certify than on this, the 14th day of July, 2005, I served a true copy of the foregoing, "United State's Motion to Extend Deadline To Respond To Defendant's Motion for Frank's Hearing", by mailing same, first-class mail, postage pre-paid, to:

David A. Cooper, Esquire
127 Dorrance Street
Providence, Rhode Island 02903

Paula Horsey

FILED