**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Cr. No. 05-57T** |
| **v.** | ) | |
| | ) | |
| **RENE H. TORRES** | ) | |

**UNITED STATES' MOTION TO CONTINUE**
**SUPPRESSION HEARING**

The United States of America, through undersigned counsel, hereby respectfully requests that the Suppression Hearing scheduled for August 17, 2005, be continued to a date in September 2005. Defendant Rene Torres has filed a Motion to Suppress Physical Evidence, Motion to Suppress Statements, and Motion for Franks Hearing. The suppression hearing will likely address the disposition of all three motions. In support of its motion to continue, the United States avers that the Pawtucket Police Officer who authored the affidavit in support of the search warrant and who was one of the individuals who conducted the search of the Defendant's apartment has long-standing plans to be on annual leave for the entire month of August. Accordingly, the United States respectfully requests that the Court continue the suppression hearing until a date in September.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Dated: 7-18-05

Dulce Donovan

DULCE DONOVAN
Assistant U.S. Attorney
50 Kennedy Plaza
Providence, Rhode Island 02903
(401) 709-5000

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Cr. No. 05-57T** |
| **v.** | ) | |
| | ) | |
| **RENE H. TORRES** | ) | |

**Certificate of Service**

I hereby certify than on this, the 18th day of July, 2005, I served a true copy of the foregoing, "United State's Motion to Continue Suppression Hearing", by mailing same, first-class mail, postage pre-paid, to:

David A. Cooper, Esquire
127 Dorrance Street
Providence, Rhode Island 02903

Paula Hosey

18 ... 1P

FILED