**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS** | ) | **Case NO. 05-57T** |
| | ) | |
| **RENE H. TORRES** | ) | |

**DEFENDANTS OBJECTION TO GOVERNMENTS**
**MOTION TO COUNTINUE SUPPRESSION HEARING**

Now comes the Defendant, by and through Counsel and hereby objects to the Governments Motion to Continue the Suppression Hearing scheduled for August 17, 2005. The Court previously scheduled August 17, 2005 as hearing date for the Motion to Suppress Physical Evidence; Motion to Suppress Statements, and Motion for Frank's Hearing. Defendant has no objection to the Court continuing the hearing from August 17, 2005 if the Government agrees to the Defendant being released on $5,000.00 cash bail until the matter can be heard. Otherwise, the Defendant is prepared to proceed to hearing on August 17, 2005, or any date during the month of August at the Government and Courts convenience.

Defendant, Rene H. Torres, through undersigned counsel, further objects to the continuance since his lawyer has numerous cases scheduled on the trial calendar for September in the Providence County Superior Court, as well as a case pending in the United States District Court for the District of Massachusetts. It would appear from the facts of this case that a Suppression Hearing and Franks Hearing should not take more then one or two days, but in any event the Pawtucket Police Officer will not be needed for more then half a day.

WHEREFORE, and for the aforementioned reasons the Defendant objects to the Governments Motion to Continue the Suppression hearing and any related Motions.

Respectfully submitted,

David A. Cooper
Cooper Law Associates
127 Dorrance Street
Providence, RI 02903
(401) 273-1880
(401) 331-23336 facsimile

## CERTIFICATION OF SERVICE

I, the undersigned hereby certify, that on the 22nd day of July, 2005, I caused to be mailed a true and correct copy of the within Objection to Assistant U.S. Attorney, Dulce Donovan 50 Kennedy Plaza, Providence, RI 02903.