**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Cr. No. 05-57T** |
| **v.** | ) | |
| | ) | |
| **RENE H. TORRES** | ) | |

**UNITED STATES' SECOND MOTION**
**TO EXTEND DEADLINE TO RESPOND TO**
**<u>DEFENDANT'S MOTION FOR FRANK'S HEARING</u>**

The United States of America, through undersigned counsel, hereby respectfully requests a second extension of time within which to respond to Defendant Rene Torres' Motion for a Franks Hearing. Defendant served the Office of the United States attorney on July 1, 2005, and filed his motion on July 6, 2005. Defendant had served his motion although still waiting for signatures on affidavits supporting the motion. The Office of the United States Attorney did not receive Defendant's supporting affidavits until July 25, 2005 and its response is due today, July 28, 2005. Undersigned counsel submits that additional time is required to review Defendant's supporting affidavits. Accordingly, counsel respectfully requests an additional week in order to respond to Defendant's motion. Undersigned counsel certifies that counsel for the Defendant, David Cooper, Esquire, has stated that he does not object to the instant motion.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Dated: July 28, 2005

DULCE DONOVAN
Assistant U.S. Attorney
50 Kennedy Plaza
Providence, Rhode Island 02903
(401) 709-5000

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Cr. No. 05-57T** |
| **v.** | ) | |
| | ) | |
| **RENE H. TORRES** | ) | |

**Certificate of Service**

I hereby certify than on this, the 28th day of July, 2005, I served a true copy of the foregoing, "United State's Second Motion to Extend Deadline To Respond To Defendant's Motion for Frank's Hearing", by mailing same, first-class mail, postage pre-paid, to:

David A. Cooper, Esquire
127 Dorrance Street
Providence, Rhode Island 02903

Joan A. Maul