8/1/05: GRANTED. RESPONSE DUE 8/4/05. USMJ

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. 05-57T |
| v. | ) | |
| | ) | |
| RENE H. TORRES | ) | |

**UNITED STATES' SECOND MOTION
TO EXTEND DEADLINE TO RESPOND TO
DEFENDANT'S MOTION FOR FRANK'S HEARING**

The United States of America, through undersigned counsel, hereby respectfully requests a second extension of time within which to respond to Defendant Rene Torres' Motion for a Franks Hearing. Defendant served the Office of the United States attorney on July 1, 2005, and filed his motion on July 6, 2005. Defendant had served his motion although still waiting for signatures on affidavits supporting the motion. The Office of the United States Attorney did not receive Defendant's supporting affidavits until July 25, 2005 and its response is due today, July 28, 2005. Undersigned counsel submits that additional time is required to review Defendant's supporting affidavits. Accordingly, counsel respectfully requests an additional week in order to respond to Defendant's motion. Undersigned counsel certifies that counsel for the Defendant, David Cooper, Esquire, has stated that he does not object to the instant motion.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

DULCE DONOVAN
Assistant U.S. Attorney
50 Kennedy Plaza
Providence, Rhode Island 02903
(401) 709-5000

Dated: July 28, 2005

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ____
Ernest C. Torres, Chief Judge
Date: 8/1/05