IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 05-57T |
| | ) | |
| RENE H. TORRES | ) | |

**UNITED STATES' THIRD MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR FRANKS HEARING**

The United States of America, through undersigned counsel, hereby respectfully requests a third extension of time within which to respond to Defendant Rene Torres' Motion for a Franks Hearing. Defendant served the Office of the United States attorney on July 1, 2005, and filed his motion on July 6, 2005. Defendant had served his motion although still waiting for signatures on affidavits supporting the motion. The Office of the United States Attorney did not receive Defendant's supporting affidavits until July 25, 2005. Undersigned counsel submits that due to an unanticipated scheduling conflict, additional time is required to complete for submission the government's response which is currently due today. Accordingly, counsel respectfully requests an additional week within which to respond to Defendant's motion. Undersigned counsel certifies that counsel for the Defendant, David Cooper, Esquire, has stated that he does not object to the instant motion.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Dated: August 4, 2005

DULCE DONOVAN
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. No. 05-57T** |
| | ) | |
| **RENE H. TORRES** | ) | |

**<u>Certificate of Service</u>**

I hereby certify than on this, the 4th day of August, 2005, I served a true copy of the foregoing, "United States' Third Motion to Extend Deadline to Respond to Defendant's Motion for <u>Franks</u> Hearing", by mailing same, first-class mail, postage pre-paid, to:

David A. Cooper, Esquire
127 Dorrance Street
Providence, Rhode Island 02903