IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

AUG 8 2005
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR. No. 05-57T
)
RENE H. TORRES )

UNITED STATES' THIRD MOTION
TO EXTEND DEADLINE TO RESPOND TO
DEFENDANT'S MOTION FOR FRANKS HEARING

The United States of America, through undersigned counsel, hereby respectfully requests a third extension of time within which to respond to Defendant Rene Torres' Motion for a Franks Hearing. Defendant served the Office of the United States attorney on July 1, 2005, and filed his motion on July 6, 2005. Defendant had served his motion although still waiting for signatures on affidavits supporting the motion. The Office of the United States Attorney did not receive Defendant's supporting affidavits until July 25, 2005. Undersigned counsel submits that due to an unanticipated scheduling conflict, additional time is required to complete for submission the government's response which is currently due today. Accordingly, counsel respectfully requests an additional week within which to respond to Defendant's motion. Undersigned counsel certifies that counsel for the Defendant, David Cooper, Esquire, has stated that he does not object to the instant motion.

8/8/05: GRANTED. FINAL EXTENSION.
[signature] USMJ

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

[signature] for DD

Dated: August 4, 2005

DULCE DONOVAN
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ____________
Ernest C. Torres, Chief Judge
Date: 8/5/05