DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
# REPORT OF INVESTIGATION



| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>FY-05<br>Report 003 |

**TITLE OF INVESTIGATION:**
RENE TORRES

| CASE NUMBER: | REPORT NUMBER: |
|---|---|
| [redacted] | 3 |

**TYPE OF REPORT:** *(Check Applicable Boxes)*

| | | | |
|---|---|---|---|
| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY *(Name)* | SUBMITTED BY *(Title and Office)* | SUBMITTED BY *(Date)* |
|---|---|---|
| Eric M. Yankee | Special Agent, Providence Field Office | 08/02/2005 |
| **REVIEWED BY *(Name)*** | **REVIEWED BY *(Title and Office)*** | **REVIEWED BY *(Date)*** |
| Thomas H. Wlodyka | Resident Agent in Charge, Providence Field Office | |
| **APPROVED BY *(Name)*** | **APPROVED BY *(Title and Office)*** | **APPROVED BY *(Date)*** |
| William J. Hoover | Special Agent in Charge, Boston Field Division | |

## DESCRIPTION OF ACTIVITY:
Interview with Denise Morgan regarding her knowledge of a search warrant executed by Pawtucket Police on March 22, 2004..

## SYNOPSIS:
On 07/27/05 Special Agent (S/A) Eric Yankee and S/A Michael Payne conducted an interview of Denise Morgan at her residence, 686 Broadway Ave. 2nd floor, Pawtucket, RI, regarding her knowledge of a search warrant which was executed on 03/22/04. On 03/22/04 members of the Pawtucket Police Department executed a state authorized search warrant at the residence of RENE TORRES, DOB 12/02/72 who is Morgan's neighbor. TORRES, a previously convicted felon is being charged with possession of the firearm and is the defendant in this investigation.

## NARRATIVE:

1. On 07/27/05 S/A Yankee and S/A Payne conducted an interview of Denise Morgan at her residence, 686 Broadway Ave. 2nd floor, Pawtucket, RI regarding her knowledge of a state authorized search warrant which was executed at her neighbor's residence. On 03/22/04 members of the Pawtucket Police Department executed a state authorized search warrant at 688 Broadway Ave . 3rd floor apartment which is the residence of RENE TORRES, DOB 12/02/72. On Morgan provided TORRES' lawyer with an affidavit pertaining to the events which occurred during the execution of the warrant. (see attached)

DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
**REPORT OF INVESTIGATION**



| ADDRESSED TO: | MONITORED INVESTIGATION INFORMATION: |
|---|---|
| Special Agent in Charge<br>Boston Field Division | Boston Field Division<br>FY-05<br>Report 003 |
| TITLE OF INVESTIGATION:<br>RENE TORRES | |
| CASE NUMBER:<br>762070-05-0027 | REPORT NUMBER:<br>3 |

2. S/A Yankee asked Morgan if she was the same person who provided an affidavit to TORRE'S lawyer and she said she was. S/A Yankee asked Morgan if she recalled the events which occurred when the police executed the warrant at her neighbor's residence and she said she did. S/A Yankee asked Morgan if she would be willing to explain what she recalled and she stated yes.

3. Morgan told agents that her address is 686 Broadway not 688 as it appears on the affidavit, also she said the events described in the affidavit occurred on March 22, 2004 not 2005 as written in the affidavit. Morgan explained to agents that the building she lives in is a 4 unit duplex with 3 apartments under the address of 688 and 1 apartment (Morgan's) with the address of 686. Morgan further stated that her apartment is located on the second floor of 686 and that her entrance is through the front door of the building which is located off of Broadway Avenue. Morgan stated she has lived there since 1998, and that her apartment is the only one in 686.

4. Morgan informed agents that on 03/22/04 she was contacted at her apartment by two uniformed officers from Pawtucket Police who asked for permission to look through her apartment. Morgan stated she gave the police permission and they conducted a very quick search of the apartment and left. Morgan stated she was never contacted by nor did she have contact with any law enforcement representatives other than the 2 uniformed officers.

5. S/A Yankee concluded the interview and asked Morgan to call the Providence ATF office if she had any questions or ant other information to provide.

Attachment: Affidavit provided by Denise Morgan.