**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

| | | |
|---|---|---|
| **CASE NUMBER:** | **CR05-57T** | **DATES: 9/15/05-9/16/05** |
| **TITLE OF CASE:** | USA v. Rene Torres | |
| **CHIEF JUDGE:** | **ERNEST C. TORRES** | |
| **COURTROOM CLERK:** | **Lucia Cristina Leyva** | |
| **COURT REPORTER:** | **Joseph Fontes - 9/15/05**<br>**Karen Zinni - 9/16/05** | |
| **COURT INTERPRETER:** | **N/A** | |
| **PROBATION:** | **N/A** | |

**COUNSEL PRESENT**

Government: Lee Vilker, AUSA

Defendant: David A. Cooper, Esquire

| | |
|---|---|
| **PROCEEDINGS:** | **Hearing on Defendant's Motion for a Franks Hearing and Motions to Suppress Statements and Physical Evidence** |
| Day 1 9/15/05 | All counsel of record present. Defendant present. Court addresses. Defense argues Motion for Franks Hearing. Government responds and argues opposition to Motion. Defense responds. Court addresses sufficiency of affidavit in relation to search warrant. Court finds warrant sufficient on face to find probable cause. Court allows Franks Hearing for limited scope of establishing whether there was/were actual informants and whether and under what circumstances a controlled buy was made. Government rests. One witness called. Two exhibits entered ID. Court continues hearing. |
| Day 2 9/16/05 | Hearing resumes. 2 witnesses called. 6 exhibits entered full. Defense rests. Court hears arguments from both sides. Court denies Motion to Suppress Evidence. Court takes up Motion to Suppress Statements. One witness called. Two exhibits entered ID. Both sides rest. Court hears arguments. Court finds no evidence of coercion regarding statements of the defendant. Court denies Motion to Suppress Statements. |