AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Rene Torres

EXHIBIT AND WITNESS LIST

CASE NUMBER: 05-57T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Lee Vilker, AUSA | David A. Cooper, Esq. |
| TRIAL DATE(S) 9/15/05; 9/16/05 | COURT REPORTER Joseph Fontes / Karen Zinni | COURTROOM DEPUTY Lucia Crisona Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | 9/15/05 DESCRIPTION OF EXHIBITS AND WITNESSES 9/16/05 |
|---|---|---|---|---|---|
| | | | | | W1 - Robert Teft |
| 1 | | 9/15/05 | ✓ | | Affidavit of Robert Teft. |
| | Q | 9/15/05 | ✓ | | Seizure Report |
| | | | | | W-2 Jeremy Woodward |
| | E | 9/16/05 | ✓ | full | Photo Δ's Plow Truck. |
| | G | 9/16/05 | ✓ | full | Photo Δ's Front Door to 686-688 Broadway Pawtucket RI |
| | I | 9/16/05 | ✓ | full | Photo Rear entrance to 686-688 Broadway |
| | D | 9/16/05 | ✓ | full | Photo Rear Door to 686-688 Broadway, Pawtucket, RI. |
| | L | 9/16/05 | ✓ | full | Affidavit of Jeremy Woodward |
| | R | 9/16/05 | ✓ | full | Photo 686-688 (2 doors) |
| | | | | | W-3 Denise Morgan |
| | | | | | W-4 Lt. Paul J. Catarina |
| 2 | | 9/16/05 | ✓ | | Waiver of Rights Form |
| 3 | | 9/16/05 | ✓ | | Statement of Defendant |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.