88291

# UNITED STATES DISTRICT COURT
*for the*
***District of Rhode Island***

RECEIVED
AUG 03 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

***Case No. CR05-57T***

*To:* ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Rene Torres**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:30 o'clock a.m.**, on the **15th** day of **September, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

C.A Moore
Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: August 3, 2005.

David A. DiMarzio, Clerk

Suppression Hearing

***By*** ______________________
***Ryan H. Jackson - Deputy Clerk***