# UNITED STATES DISTRICT COURT
***for the***
***District of Rhode Island***

RECEIVED
SEP 16 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

***Case No. CR05-57T***

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Rene Torres**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:45 o'clock a.m.**, on the **16th** day of **September, 2005**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named [illegible] on the date and time [illegible]

[signature]
Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: September 15, 2005.

David A. DiMarzio, Clerk

Suppression Hearing (con't)

***By*** [signature]
***Ryan H. Jackson - Deputy Clerk***

**One Exchange Terrace ◆ Federal Building and Courthouse ◆ Providence, Rhode Island ◆ 02903**