**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

United States of America,
Plaintiff

vs. C.R. No. 05-57T

Rene Torres,
Defendant

**ORDER GRANTING IN PART DEFENDANT'S MOTION FOR A FRANKS HEARING AND DENYING DEFENDANT'S MOTIONS TO SUPPRESS PHYSICAL EVIDENCE AND STATEMENTS**

For reasons stated in open court on September 15,2005, Defendant's Motion for a Franks Hearing is granted in part. Defendant's Motion to Suppress Physical Evidence is hereby denied. Further, Defendant's Motion to Suppress Statements is also denied.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 10/5/05