# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

RECEIVED
OCT 1 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

**Case No. CR05-57T**

*To:* *Warden*
*ACI*
*Cranston, RI 02920*

YOU ARE HEREBY COMMANDED, to have the body of Rene Torres, by you restrained of his liberty, as it is said, by whatsoever means detained, together with the day and cause of his being detained, before the Honorable Ernest C. Torres, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:00** o'clock **a.m.,** on the **14th** day of October, 2005, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable Ernest C. Torres

United States Chief Judge at Providence, RI
Dated: October 11,2005.

David A. DiMarzio, Clerk

Change of Plea

*By* *Lucia Cristina Leyva - Deputy Clerk*